THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| TRACY SUBOH, | : |
| Plaintiff, | : |
| v. | : Case No. 2:20-cv-6295 |
| | : Judge Sarah D. Morrison |
| ABACUS CORPORATION, | : |
| Defendant. | : |

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Pursuant to Fed. Civ. R. 41(a)(1)(A)(ii), the parties, by and through undersigned counsel, hereby stipulate that all claims filed by Plaintiff, Tracy Suboh, are dismissed with prejudice, each party to bear its own costs, with the Court to retain jurisdiction over the settlement.

Respectfully submitted,

/s/ Rachel A. Sabo Friedmann, Esq.
Rachel A. Sabo Friedmann (0089226)
(Rachel@TFFLegal.com)
The Friedmann Firm LLC
3740 Ridge Mill Drive
Hilliard, OH 43026
(614) 610-9757 (direct)
(614) 737-9812 (fax)
*Attorney for Plaintiff Tracy Suboh*

/s/ Kent Hushion
Patrick Kasson (0055570) (Trial counsel)
Kent Hushion (0099797)
**Reminger Co., L.P.A.**
200 Civic Center Drive, Suite 800
Columbus, Ohio 43215
(614) 228-1311; Fax (614) 232-2410
pkasson@reminger.com
khushion@reminger.com
*Counsel for Defendant Abacus Corporation*

**CERTIFICATE OF SERVICE**

This is to certify that on this 14th day of December, 2022, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

    /s/ Rachel A. Sabo Friedmann, Esq.
Rachel A. Sabo Friedmann (0089226)